UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-03480-PA (AS) | Date | June 21, 2016 |
|---|---|---|---|
| Title | James F. Strong v. People State of California | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On May 19, 2016, Petitioner James F. Strong filed a Petition for Writ of Habeas Corpus (Docket Entry No. 1). On May 31, 2016, the Court issued an Order Requiring Response to Petition (28 U.S.C. § 2254) (Docket Entry No. 3) and ordered that Respondent file and serve a Notice of Appearance no later than June 15, 2016. As of today, however, Respondent has failed to file its Notice of Appearance or a request for an extension of time in which to do so.

    The Court ORDERS Respondent to file its Notice of Appearance within seven (7) days of the date of this Order. All other deadlines of the Order Requiring Response to Petition remain in effect.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |